# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1373**                           **September Term, 2024**

EPA-HQ-OPPT-2024-0364

Filed On: December 10, 2024 [2088780]

Fluorotelomer Consortium,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

## O R D E R

The petition for review in this case was filed and docketed on December 9, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 9, 2025 |
| Docketing Statement Form | January 9, 2025 |
| Procedural Motions, if any | January 9, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | January 9, 2025 |
| Statement of Issues to be Raised | January 9, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | January 9, 2025 |
| Dispositive Motions, if any | January 24, 2025 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1373**                                                            **September Term, 2024**

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | January 9, 2025 |
| Procedural Motions, if any | January 9, 2025 |
| Certified Index to the Record | January 24, 2025 |
| Dispositive Motions, if any | January 24, 2025 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)