# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1373**

**September Term, 2024**

**EPA-HQ-OPPT-2024-0364**

**Filed On: January 8, 2025** [2093192]

Fluorotelomer Consortium,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

## O R D E R

Upon consideration of the joint motion to extend deadlines for all initial filings, it is

**ORDERED** that the motion be granted. The following deadlines are now established:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 9, 2025 |
| Docketing Statement Form | July 9, 2025 |
| Procedural Motions, if any | July 9, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 9, 2025 |
| Statement of Issues to be Raised | July 9, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | July 9, 2025 |
| Certified Index to the Record | July 24, 2025 |
| Dispositive Motions, if any | July 24, 2025 |

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
       Catherine J. Lavender
       Deputy Clerk