# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FLUOROTELOMER CONSORTIUM, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Case No. 24-1373 |
| ) | |
| U.S. ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| *Respondent*. ) | |

## JOINT MOTION TO EXTEND DEADLINES FOR
## ALL INITIAL FILINGS BY SIX MONTHS

Petitioner Fluorotelomer Consortium and Respondent U.S. Environmental Protection Agency (EPA) hereby move the Court for an order extending by six (6) months all deadlines for initial filings reflected in the Court's Order of July 8, 2025. ECF No. 2124433.[1] In further support of this motion, the parties state that:

1. Based on ongoing negotiations, the parties have agreed to the requested extension so that they may better determine what procedural motions, dispositive motions, and other initial filings may be appropriate prior to the initial filing deadlines.

---

[1] This motion seeks an extension of all current deadlines for both Petitioner and Respondent found in ECF No. 2124433, including the January 26, 2026, deadline for the certified index.

2.      Should the Court grant this motion, the new deadline for the initial filings and procedural motions due January 9, 2026, will be July 9, 2026, and the new deadline for all the initial filings and dispositive motions due January 26, 2026, will be July 27, 2026.

WHEREFORE, the parties jointly request that the Court issue an order extending the initial filing deadlines reflected in the Court's Order of July 8, 2025, by six (6) months.

Respectfully submitted,

Dated: January 5, 2026

*/s/ Redding C. Cates*
Redding C. Cates
U.S. Department of Justice
Environment & Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-2617
Facsimile: (202) 514-8865
Redding.Cates@usdoj.gov

*Counsel for Respondent EPA*

*/s/ Kelly N. Garson*
Kelly N. Garson
Lynn L. Bergeson
BERGESON & CAMPBELL, P.C.
2200 Pennsylvania Ave., N.W.
Suite 100W
Washington, DC 20037
Telephone: (202) 557-3801
Facsimile: (202) 557-3836
lbergeson@lawbc.com
kgarson@lawbc.com

*Counsel for Petitioner Fluorotelomer Consortium*

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing Joint Motion To Extend Deadlines For All Initial Filings By Six Months by using the Case Management/Electronic Case File (CM/ECF) system, which will electronically serve all counsel of record.

Dated: January 5, 2026

/s/ Kelly N. Garson

Kelly N. Garson
*Counsel for Petitioner Fluorotelomer Consortium*

**CERTIFICATE OF COMPLIANCE TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

Counsel hereby certifies that:

1.  This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 205 words.

2.  This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 using 14-point Times New Roman font.

Dated: January 5, 2026
/s/ *Kelly N. Garson*
Kelly N. Garson
*Counsel for Petitioner Fluorotelomer Consortium*